**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PATRICIA ANN WOODWARD,

                    Plaintiff,

vs.                                           Case No. 3:09-cv-1156-J-34MCR

UNITED STATES DEPARTMENT OF
DEFENSE and all other person entities and/or
departments of the federal government
compliscent to complaint,

                      Defendant.
_____/

## **REPORT AND RECOMMENDATION[1]**

**THIS CAUSE** is before the Court on Plaintiff's Complaint (Doc. 1) and Plaintiff's Affidavit of Indigency, which the Court construes as a Motion to Proceed In Forma Pauperis (Doc. 2).

On November 25, 2009 the undersigned entered an Order taking Plaintiff's request to proceed in forma pauperis under advisement and directing Plaintiff to file an amended affidavit and amended complaint no later than December 9, 2009. (Doc. 4). Plaintiff was warned that "[f]ailure to comply with this Order may result in a recommendation that this action be dismissed for failure to prosecute pursuant to Local Rule 3.10(a)." Id. Plaintiff failed to file either an amended affidavit or complaint and therefore, on December 10, 2009, the undersigned entered an Order to Show Cause

---

[1] Any party may file and serve specific, written objections hereto within FOURTEEN (14) DAYS after service of this Report and Recommendation. Failure to do so shall bar the party from a de novo determination by a district judge of an issue covered herein and from attacking factual findings on appeal. See 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a), 6(a) and (e); Local Rules 6.02(a) and 4.20, United States District Court for the Middle District of Florida.

(Doc. 6) directing Plaintiff to show cause why the case should not be dismissed for failing to comply with the Court's Order and failure to prosecute. Again, this Order cautioned that if Plaintiff did not respond, the undersigned would "recommend that this action be dismissed pursuant to Local Rule 3.01(a)." Id. Plaintiff was to respond no later than December 24, 2009. Id. Plaintiff did not respond to the Order to Show Cause.

Accordingly, after due consideration, it is respectfully

**RECOMMENDED**:

that this case be dismissed for failure to prosecute.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  28th  day of December, 2009.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

*Pro Se* Plaintiff

Hon. Marcia Morales Howard
United States District Court Judge